COMMUNITY MUTUAL INSURANCE COMPANY, APPELLANT,
v. JORDAN ET AL., APPELLEES.

[Cite as *Community Mut. Ins. Co. v. Jordan* (1995), 74 Ohio St.3d 12.]

(No. 94–2436—Submitted September 27, 1995—Decided November 1, 1995.)

*Kreiner & Peters Co., L.P.A.,* and *Paul M. Nalepka,* for appellant.

*Cory, Meredith, Witter, Roush & Cheney* and *Donald J. Witter,* for appellee Craig A. Jordan.

*Ulmer & Berne, Richard D. Sweebe* and *Roberto H. Rodriguez, Jr.,* for appellee Miner O. Dickason.

The judgment of the court of appeals is reversed and the cause is remanded to the court of appeals for further proceedings in light of our remand of *Smith v. Jordan* (1994), 71 Ohio St.3d 393, 643 N.E.2d 1146, for consideration of *Shump v. First Continental–Robinwood Assoc.* (1994), 71 Ohio St.3d 414, 644 N.E.2d 291.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.